IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMETRIUS S.GOLSTON                                                    PLAINTIFF
*on behalf of*
R.D.G., A MINOR

vs.                             Civil No. 4:15-cv-04009

CAROLYN COLVIN                                                          DEFENDANT
Commissioner, Social Security Administration

## ORDER

      Before the Court is the Report and Recommendation filed April 5, 2016 by the Honorable Barry

A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 14.  Judge

Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice

Act ("EAJA") be **GRANTED**.  Defendant has not filed objections to the Report and Recommendation,

and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

      Accordingly, the Report and Recommendation is adopted *in toto*.  Plaintiff is entitled to

compensation under the EAJA in the amount of $4,312.20.  This award represents 21.20 attorney hours

at an hourly rate of $187.00 for work performed in 2015 and 1.85 attorney hours at an hourly rate of

$188.00 for work performed in 2015.  This amount should be paid in addition to, and not out of, any

past due benefits which Plaintiff may be awarded in the future.

      The parties are reminded that the award herein under the EAJA will be taken into account at

such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double

recovery by counsel for Plaintiff.

      **IT IS SO ORDERED**, this 26th day of April, 2016.

                                                  /s/ Susan O. Hickey
                                              Susan O. Hickey
                                             United States District Judge